James F. Delehanty  
vs. } Law No. 63782  
J. Esmond Shaw

December 8, 1925

WALSH, J. The question of liability in this case has been determined in Theresa V. Delehanty vs. J. Esmond Shaw, law No. 63783, in this court. Upon defendant's motion for new trial, after verdict for the plaintiff husband for $250, we shall confine ourselves to the matter of damages only.

On account of the accident, the husband became obligated to pay $50 for nursing, $40 plus for a housekeeper, $7 for a hat, $25.25 for a dress, $5 for shoes, $40 for repairs to a fur coat, $40 for doctor's bill and $9 for medicines. His actual cash outlay approximates the amount that the jury awarded him.

Motion for new trial denied.

For Plaintiff: Davis & Coppen.

For Defendant: Hogan & Hogan.